# EXHIBIT E

*Roland, Tyrese v. Thomas Dart, et al.*
*Dr. Rafiq's Local Rule 56.1(a) Statement of Material Facts and Supporting Exhibits*
*14 CV 10161*

# EXPERT REPORT OF SUSI U. VASSALLO, M.D.

## I.  Summary

I have been retained by attorney Thomas G. Morrissey to render opinions about the evaluation of Mr. Tyrese Roland at the Cermak emergency room on June 29, 2014.

I am a board certified physician with extensive experience in emergency and correctional medicine. I am being compensated for my work in this case at the rate of $400.00 dollars per hour. I have spent approximately 6 hours preparing this report.

The opinions I will express are the following:

1.   The treatment and administration of care for Mr. Roland at the Cermak emergency room on June 29, 2014 fell far below the standard of care.

2.   Dr. Muhammad Rafiq's unfamiliarity with the delivery of healthcare for inmates at the Jail caused Mr. Roland's health to be at serious risk of harm.

3.   The failure to refer Mr. Roland to a specialty provider or require a follow-up evaluation with a provider at the Jail likely contributed to a significant delay in treatment eventually causing Mr. Roland to lose all right eye vision.

## II.  Qualifications

I am board certified in emergency medicine and medical toxicology with experience in correctional medicine. I am a Certified Correctional Health Professional. Presently, I practice and teach emergency medicine in the Bellevue Hospital emer-

gency department and the New York University School of Medicine, write medical literature, and provide expert medical opinions. My curriculum vita is attached as Appendix A.

### III.   Facts and Data Considered

I reviewed the depositions of Dr. Rafiq, Elizabeth Santos, RN, LPN Lisa Locke, Cynthia Kienlen, MSN, RN, and Mr. Roland. I also considered the medical records generated on June 29, 2014 by Dr. Rafiq and the nursing staff along with Dr. Rafiq's answers to Mr. Roland's admissions. Additionally, I considered various medical records generated following Dr. Rafiq's examination relating to Mr. Roland's complaint of vision loss from Cermak and Stroger Hospital. Finally, I reviewed a portion of Dr. Porsa's Report No. 8 that was attached to Nurse Kienlen's deposition as exhibit 1.

### IV.   Basis and Reasons for Opinions

On June 29, 2014 Nurse Santos assessed Mr. Roland, who complained of a poke in the eye, decrease in vision, and eye pain. (Santos 114). Based on her assessment, Nurse Santos facilitated the immediate movement of Mr. Roland to the emergency room at the Cook County Jail. (Santos 116-117) Nurse Santos generated electronic documentation regarding her assessment and forwarded notes relating to her encounter with Mr. Roland to the emergency room in a sealed envelope. (Santos 119, 124).

Emergency room physicians are trained to evaluate, assess, and treat a wide variety of ailments. The emergency room physician also serves as a gate keeper for

-2-

patients, particularly in correctional settings. The emergency room physician is able to facilitate specialty consultations or, if necessary, coordinate movement of a patient to a higher level trauma setting.

It is vital for an emergency room provider in a correctional facility to have familiarity with the policies and procedures for delivering care. A detainee is without the ability to determine the course of treatment by nature of his (or her) incarceration and is therefore dependent on providers to coordinate care.

Dr. Rafiq described himself as a "moonlighter" working the Jail's emergency room on June 29, 2014. (Rafiq 19, 32.) Normally Dr. Rafiq worked outside the Jail. On the particular day in question, he was requested to work the Jail's emergency room in a capacity he assumed only a handful of times in the past. (Rafiq 15).

Limited instruction was provided to Dr. Rafiq regarding the ability to refer patients to specialty clinics both on and off the Jail campus. (Rafiq 97). Most training, according to Dr. Rafiq, preceded 2005. (Rafiq 97). This rudimentary knowledge of the Jail's healthcare practices caused patients, like Mr. Roland, to be at risk of serious harm.

Dr. Rafiq's treatment of Mr. Roland was far below the standard of care for a patient complaining of vision loss and pain caused by a recent trauma. Every patient presenting with a complaint related to the eye must have a visual acuity examination. The visual acuity test is familiar as a chart on the wall with a series of letters of varying sizes. The absence of this visual assessment in a patient with an eye injury

indicates a profound lack of training, knowledge and understanding concerning the examination of the eyes. This patient should have been referred immediately to a provider more knowledgeable and trained in the field of eye injuries. At bare minimum, a patient with Mr. Roland's complaints should have been scheduled for a follow up evaluation by a medical provider within 24 hours and closely monitored. This information should have been documented.

I did not review any record showing Dr. Rafiq ordered a follow-up evaluation for Mr. Roland. Dr. Rafiq's testimony confirms this record, if made, should be entered into the electronic medical record system called "Cerner." (Rafiq 98)

Based on the examination Dr. Rafiq prescribed erythromycin. (Rafiq 39) Mr. Roland does not recall any instruction by Dr. Rafiq relating to the use of this medication (other than insert into his right eye) or guidance for follow-up care. (Roland 38-39)

Assuming Dr. Rafiq's diagnosis of conjunctivitis was appropriate, which it was not, it is necessary for a provider to give detailed guidance for the application of erythromycin and instruction that if vision deteriorates or does not improve after one to two, days to immediately request medical attention. I also believe if a patient is told he (or she) has an eye infection or a scratch on the eye as a result of trauma, the emergency room provider should order a follow-up evaluation within 24 hours to monitor the patient.

In August 2014, Mr. Roland submitted a written request for healthcare due to a further decline in right eye vision. This request was reviewed by LPN Locke who did not conduct a face-to-face assessment. She made a decision to refer Mr. Roland for a routine optometry appointment for eye glasses and requested an appointment two months out. (Locke 78-80). LPN Locke made an identical assessment of an October 2014 request for medical attention by Mr. Roland. Mr. Roland, however, was not evaluated by a provider concerning this complaint until mid-October 2014 when he was diagnosed with a detached retina and referred to Stroger Hospital for treatment.

An emergency room provider must be familiar with the delivery of healthcare within the correctional setting. It is apparent Dr. Rafiq was not current with the Jail's practices relating to the delivery of healthcare. Moreover, the cursory and incomplete evaluation and treatment of Mr. Roland fell far below the standard of care. As a result, Mr. Roland's serious medical condition was mismanaged which likely contributed to permanent vision loss.

The poor management of Mr. Roland's condition continued after Dr. Rafiq's examination; Mr. Roland's written requests for treatment were erroneously classified as requiring perception eye glasses. The Jail's management of Mr. Roland's written requests for medical attention, perhaps, was not unexpected given Head Nurse Kienlen's testimony the Jail had to prioritize administrating medication and emergency medical care over the review of written requests for medical attention due to

critical shortage of nurses. (Kienlen 36, 43, 56-57, 72-72). This compromised the health of inmates at the Jail. (Kienlen 49-50)

Dr. Rafiq's poor treatment set in motion a serious of events causing significant long term consequences for Mr. Roland's vision. The failure to monitor Mr. Roland caused him to be dependent on the Jail's internal procedures to access medical care, a system that had been widely criticized as leaving inmates without "timely access to care which increases their risk of harm." (Dr. Porsa Expert from DOJ Report No. 8)

July 29th 2015

S. Vassallo, M.D

Susi U. Vassallo, M.D.

Appendix A

# SUSI U. VASSALLO, M.D.

## Curriculum Vitae

## PERSONAL DATA

Born: Austin, Texas, January 27, 1959
Citizenship: USA
Address: 6018 Mount Bonnell Cove, Austin Texas 78731
Address: 545 First Avenue, Apt 10–C, New York, New York 10016
C: 646-298-4510
Susi.vassallo@nyumc.org
susivassallo@gmail.com

## EDUCATION

| 1977 | High School Diploma – McCallum High School Austin, TX |
| 1980 | Bachelor of Science Biology, Honors – University of Texas, Austin, Texas |
| 1984 | Doctor of Medicine -- University of Texas, Houston, Texas |

## POST DOCTORAL TRAINING

### Residency

1984- 1987 – Emergency Medicine, Wayne State University, Detroit Receiving Hospital, Detroit Michigan

### Fellowship

1987- 1989 – Medical Toxicology, New York University School of Medicine / Bellevue Hospital Center, New York City Regional Poison Control Center, 455 First Ave., New York New York

## LICENSURES AND CERTIFICATION

### Licensure

| 1984 | Texas State Medical License, #G9001 |
| 1987 | New York State Medical License, #170778 |
| 2001 | California State Medical License, #C50674 |

### Board Certifications

| 1984 | Federal Licensure Examination |
| 1988 | Diplomate, American Board of Emergency Medicine |
| 1989 | Diplomate, American Board of Medicine Toxicology |
| 1995 | Diplomate, American Board of Emergency Medicine With Subspecialty Certification in Medical Toxicology |
| 2004 | Medical Toxicology Subspecialty Recertification |
| 2008 | Diplomate Recertification, American Board of Emergency Medicine |
| 2010 | Certified Correctional Health Professional |

### Other Certifications

Basic Life Support
Advanced Cardiac Life Support

# SUSI U. VASSALLO, M.D.
### Page 2

Pediatric Advanced Life Support
American Heart Association Instructor

## ACADEMIC APPOINTMENTS

May 7, 2015 Professor of Emergency Medicine, NYU School of Medicine / Bellevue Hospital Center, NY, NY
September 2012 to present -Clinical Associate Professor UT Southwestern Medical School Dallas, Texas
September 2009 to present - Associate Professor of Emergency Medicine, NYU School of Medicine / Bellevue
Hospital    Center, New York, New York

1994 to August 2009 – Clinical Assistant Professor of Emergency Medicine, NYU School of Medicine / Bellevue
Hospital Center, New York, New York

Consultant NY Regional Poison Control Center

1993 – Instructor in Clinical Medicine (Emergency Medicine), NYU School of Medicine / Bellevue Hospital Center,
New York, New York

## HOSPITAL APPOINTMENTS

Present: Emergency Service Partners / University Medical Center Brackenridge –Seton and  Dell Children's
Hospital  Attending Physician

1989 to Present – Attending Physician  Emergency Medicine  Bellevue Hospital Center  and  Tisch Hospital,  NYU
School of Medicine, NY, NY

2003 to Present – Attending Physician Emergency Medicine Veterans Administration Hospital , NY, NY

## AWARDS AND HONORS

1991 – Fellow, American College of Emergency Physicians
1997 – Fellow, American College of Medical Toxicology
2003 – Fellow, New York Academy of Medicine
2014 – Fellow, American Academy of Emergency Medicine

## MEMBERSHIPS, OFFICES, AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES

### Memberships

1989 – American Academy of Clinical Toxicology
1989 – American College of Medical Toxicology
1991 – American College of Emergency Medicine
2003 – Society for Academic Emergency Medicine
2007 – American Correctional Association
2010 – Academy of Correctional Health Professionals
2012- Association of Clinical Documentation Improvement Specialists
2013- American Case Management Association

# SUSI U. VASSALLO, M.D.

## Offices

1999 – 2002 – Women's Sports Foundation Advisory Board and Research Council

2000 – New York State Office of Professional Medical Conduct Consultant

## Committee Assignment

2007 – 2011 American Board of Emergency Medicine, Oral Board Examiner

# EDITORIAL POSITION: REVIEWER

1987 – 1989, American Academy of Clinical Toxicology Updates

1994 – Annals of Emergency Medicine

1995 – Journal of Toxicology / Clinical Toxicology

1999 – Intensive Care Medicine

2011 – American Journal of Public Health

# PRINCIPAL CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES

## Clinical

2012 to present Faculty UT Southwestern Emergency Medicine Residency at Austin, TX

1989 to present: Supervise patient care, provide administrative and clinical oversight in the Bellevue Emergency Department and teach medical students and residents from all specialties.

## Hospital Service

1999 to present: Office of Public Affairs, Expert in Emergency Medicine, NYU School of Medicine

1989 to present: Office of Public Relations, Expert in Emergency Medicine, Bellevue Hospital Center

# MAJOR ADMINISTRATIVE RESPONSIBILITIES

1995 - 1996 – Director, Medical Toxicology Fellowship Program, NYU School of Medicine , NYC Regional Poison Control Center, NY, NY

2012- present; - Physician Advisor for Case Management Bellevue Hospital Emergency Services

Faculty Council NYU School of Medicine 2012-present

Faculty Council Secretary NYU School of Medicine July 2014- present

# TEACHING EXPERIENCE

## Local

- March 1988 – Bellevue Hospital and New York City Regional Poison Control Center Emergency Medicine Seminar: Non- Opioid Analgesics.
- April 1988 – Bellevue Hospital and New York City Regional Poison Control Center Emergency Medicine Seminar. Lecture: "Mushrooms."
- May 1988 – New York Hospital / Cornell School of Medicine Flight Team. Lecture: "Helicopter Transport of the Poisoned Patient."
- May 1988 – Bellevue Hospital and New York City Regional Poison Control Center Emergency Medicine Seminar. Lecture: "Solvent Toxicity: Has My Patient Been Exposed?"

# SUSI U. VASSALLO, M.D.

Page 4

- June 1988 – New York University Medical Center / Bellevue Hospital, Emergency Medicine Board Review Course. Lecture: "Recent Advances in Hypothermia Management."
- March 1988 to November 1988 – New York University Medical Center / Bellevue Hospital Twenty-Two-Week Emergency Medicine Board Review Course. Lecture: "Environmental Emergencies."
- August 1988 – New York University Medical Center, Department of Internal Medicine Conference Series. Lecture: "Hyperthermia."
- March 1990 – New York City Regional Poison Control Center in conjunction with Bellevue Hospital Emergency Services and St. John's University School of Pharmacy. An Intensive Review in Clinical Toxicology. Lectures on: "Calcium Channel Antagonists," "B-blockers," and "Digoxin."
- October 1988 – New York University Medical Center, Postgraduate Medical School, and Bellevue Hospital, Emergency Services, Fifth Annual Five Day Emergency Medicine Board Review Course. Lecture: "Environmental Emergencies."
- June 1990 – New York University Medical Center, Postgraduate Medical School, 10th Annual Emergency Medicine Seminar. Lectures: "Evaluation of Penetrating Trauma," "Orthopedic Assessment and Casting," "Airway Management," and "Trauma Case Studies."
- March 1991 – New York City Regional Poison Control Center in conjunction with Bellevue Hospital Emergency Services and St. John's University School of Pharmacy, An Intensive Review in Clinical Toxicology. Lectures on: "Chemical Toxins."
- March 1991 to November, 1991 – New York University Medical Center / Bellevue Hospital Twenty-Two-Week Emergency Medicine Board Review Course. Lecture: "Environmental Emergencies."
- August 1991 – Metropolitan Hospital / New York Medical College, Emergency Medicine, Grand Rounds. Lecture: "Hyperthermia."
- October 1991 – New York University Medical Center, Postgraduate Medical School, and Bellevue Hospital, Emergency Services, Sixth Annual Five-Day Emergency Medicine Board Review Course. Lecture: "Environmental Emergencies."
- March 1992 – New York City Regional Poison Control Center in conjunction with Bellevue Hospital Emergency Services and St. John's University School of Pharmacy. An Intensive Review in Clinical Toxicology. Lectures: "Biological Hazards" and "The Patient with an Arrhythmia."
- June 1992 – New York University Medical Center, Postgraduate Medical School, 11th Annual Emergency Medicine Seminar. Lectures: "Resuscitation from Traumatic Arrest," "Heat-related Disorders," and "Orthopedic Assessment and Casting."
- March 1992 – New York University Medical Center, Postgraduate Medical School. Course Director, One-day Seminar. Lecture: "Orthopedic Assessment for the Emergency Physician."
- March 1993 – New York City Regional Poison Control Center in conjunction with Bellevue Hospital Emergency Services and St. John's University School of Pharmacy, an Intensive Review in Clinical Toxicology. Lectures: "Drugs of Abuse" and "Toxic Alcohols."
- 1992 to 1994 – New York University Medical Center, Postgraduate Medical School Emergency Medicine Residency Program. Lecture Series: "Procedures in Emergency Medicine."
- March 1994 – New York City Regional Poison Control Center in conjunction with Bellevue Hospital Emergency Services and St. John's University School of Pharmacy, an Intensive Review in Clinical Toxicology. Lecture: "Hydrofluoric Acid."
- June 1994 – New York University Medical Center, Postgraduate Medical School, 14th Annual Emergency Medicine Seminar. Lecturers: "Chest Pain and the Deformed Steering Wheel," "Pediatric Trauma," and "Hand Evaluation: An Intensive Minimodule."
- June 1994 – New York University Medical Center, Bellevue Hospital, Department of Pediatrics and Emergency Services. Pediatric Emergency Medicine Lecture: "Environmental Emergencies."

# SUSI U. VASSALLO, M.D.

Page 5

- September 28 / October 2, 1994 – Essential Topics in Emergency Medicine, presented by ACEP, Washington, D.C. Lectures: "Management of the Overdosed Patient," "Street Drugs," "Analgesic Drug Toxicity," and "Envenomations."
- March 1995 – New York City Regional Poison Control Center in conjunction with Bellevue Hospital Emergency Services and St. John's University School of Pharmacy, an Intensive Review in Clinical Toxicology. Lecture: "Special Concerns in Pediatrics."
- May 1995 – New York University, Bellevue Hospital Center Department of Pediatrics. Pediatric Emergency Medicine Review. Lecture: "Summertime Environmental Dangers."
- 1995 – New York University Medical Center Postgraduate Medical School. 15th Annual Emergency Medicine Seminar. Lectures: "Critical Decisions Regarding the Diagnosis and Management of Hypo- and Hyperthermia" and "Hand Evaluation."
- July 8, 1996 – Grand Rounds: Brooklyn Hospital Center Internal Medicine and Emergency Medicine. "Heat Illness, Pathophysiology and Treatment."
- March 12 to 13, 1998 – New York Regional Poison Control Center, Bellevue Hospital Center. An Intensive Review in Clinical Toxicology. "Natural Toxins."
- June 2 to 4, 1999 – NYU School of Medicine / Bellevue Hospital Department of Emergency Medicine. Contemporary Concepts in Clinical Emergency Medicine: A Literature-based Approach. How are Hypothermic Patients Best Rewarmed?
- March 9, 2000 – Lutheran Medical Center Internal Medicine Grand Rounds, New York, NY. "Sports Toxicology."
- March 9, 2000 – An Intensive Review Course in Clinical Toxicology, New York City Poison Control Center and Bellevue Hospital Center: "Sports Toxicology" and "Snakes and Spiders."
- April 13, 2000 – Lutheran Medical Center Internal Medicine Grand Rounds, New York, NY. Lecture: "Snakes and Arthropods."
- June 2 to 4, 2000 – NYU School of Medicine / Bellevue Hospital Department of Emergency Medicine. Contemporary Concepts in Clinical Emergency Medicine: A Literature-based Approach, Lecture: "Fomepizole: When should it be used?"
- June 7, 2001 –Bellevue Hospital Department of Emergency Medicine 21st Annual Emergency Medicine Seminar. Contemporary Concepts in Clinical Emergency Medicine: A Literature-based Approach. Lecture: "Medical Complications of Marathons."
- March 7 to 8, 2002 – New York Poison Control Center and Bellevue Hospital Center: An Intensive Review Course in Clinical Toxicology. "Sports Toxicology."
- June 5, 2003 – NYU Department of Emergency Medicine 23rd Annual Emergency Medicine Seminar. Contemporary Concepts in Clinical Emergency Medicine: A Literature-based Approach. "The Pain of Prisoners: Health Care Behind Bars."
- March 3, 2005 – American College of Emergency Physicians and the Section on Emergency Medicine. New York Academy of Medicine. Lecture: "Life in Emergency Medicine."
- April 1, 2005 – New York University School of Medicine. Orthopedic Injuries: Clinical Management and Controversies. "Pediatric Fracture Patterns in Child Abuse."
- March 9 to 10, 2006 – New York City Poison Control Center and Bellevue Hospital Center. An Intensive Review Course in Clinical Toxicology. "Sports Toxicology Workshop."
- March 30, 2006 – Office of the Chief Medical Examiner, New York City: "Trauma in the Living."
- April 7, 2006 – NYU School of Medicine: The Orthopedic Manifestations of Child Abuse.
- August 3 to 7, 2006 – NYU School of Medicine Emergency Medicine Review Course: "Environmental Emergencies."
- Advanced Science Seminar, NYU School of Medicine Medical Student Lecture Series August 2008: Sports Toxicology.

# SUSI U. VASSALLO, M.D.

Page 6

- March 8 to 9, 2007 – Bellevue Hospital Center / NY Regional Poison Control Center: An Intensive Review Course in Clinical Toxicology. Lectures: "Hyperthermia Syndromes" and "Sports Toxicology Workshop."
- March 13-14 New York City Poison Control Center and Bellevue Hospital Center An intensive review Course in Clinical Toxicology. Hyperthermic Syndromes.

## National Lectures

- 1994 – ACEP Scientific Assembly, Orlando, Florida. Lectures: "Antidepressant Overdose," "Case Studies in Medical Toxicology," and "Heat Stroke and Heat-related Disorders
- November 1988 – Johns Hopkins Medical Institutes, Department of Emergency Medicine, Baltimore, Maryland. Written Boards in Emergency Medicine, A Comprehensive Review. Lecture: "Environmental Emergencies."
- September 1991 – San Francisco General Hospital / UCSF / Division of Emergency Medicine, Grand Rounds. Lecture: "Penetrating Trauma."
- June 1993 – University of Texas at Houston, Department of Emergency Medicine, Houston, Texas, Grand Rounds. Lecture: "Acute Salicylate Toxicity."
- May 15 to 19 1994 – Essential Topics in Emergency Medicine, Presented by ACEP, New Orleans, Louisiana. Lectures: "Management of the Overdosed Patient: The First Thirty Minutes," "Street Drugs," "Envenomations," and "Analgesic Drug Toxicity."
- March 20 to 24, 1995 – Society for Academic Emergency Medicine, Annual Meeting, San Antonio, Texas. Case Presentation Competition Discussant, Northeast Region.
- September 1995 – 1995 ACEP Scientific Assembly, Washington, D.C. Lectures: "Difficult Issues in Pediatric Trauma: They're Not Just Little Adults," "Case Studies in Medical Toxicology," and "Snake and Arthropod Bites."
- April 1995 – Brooke Army Medical Center Emergency Medicine Department, San Antonio, Texas. Grand Rounds. Lectures: "Iron Poisoning" and "Drugs of Abuse."
- April 15, 1997 – University of Pennsylvania Medical Center Department of Emergency Medicine Grand Rounds: "Hypothermia."
- April 27 – 30, 1999 – Women's Sports Foundation Annual Summit Meeting, Washington, D.C. "Sports Toxicology."
- April 3-5, 2000 – American College of Emergency Physicians: Emergency Medicine Connection 2000, Marriott Marquis, NY, NY 1. Pure Poison 2000 2. Case Studies in Toxicology
- Jan 14, 2000 – Uniformed Services Emergency Medicine Residency Program / Brooke Army Medical Center, Fort Sam Houston, Texas. Grand Rounds. Lecture: "Hypothermia," "Case Studies in Toxicology," and "New Drugs of Abuse."
- September 17, 2000 – North American Congress of Clinical Toxicology 2000, American Academy of Clinical Toxicology. "Metformin."
- December 6th, 2000 – Southwestern Medical School Department of Emergency Medicine, Dallas, TX. Grand Rounds. Lecture: "Hypothermia."
- February 7 to 11, 2004 – Rocky Mountain Winter Conference on Emergency Medicine. Grand Rounds. Lecture: Winners and Losers: The Toxicology of Performance Enhancement. Colorado Chapter, ACEP. Copper Mountain, Colorado.
- February 25, 2004 – Southwestern Medical School Department of Emergency Medicine and Dallas Poison Control Center. Winners and Losers: The Toxicology of Performance Enhancement.
- July 8, 2004 – Wayne State University School of Medicine / Department of Emergency Medicine Keynote Speaker, Detroit, Michigan. "Thermoregulatory Disorders in the Emergency Department."
- March 15-17, 2007 – American College of Medical Toxicology 5th Annual Spring Course, Miami, FL. Lecture: "Out of Bounds: The Science and Toxicology of Testing Athletes."

# SUSI U. VASSALLO, M.D.

Page 7

- April 13-16, 2008 – American College of Occupational and Environmental Medicine. American Occupational Health Conference, New York, NY . Invited Speaker: "The Toxicology of Testing in Sports."
- March 7 – 8th, 2008 – Invited Panelist Fordham Law School, New York City. The Lethal Injection Debate: Law and Science. Physician Participation in Lethal Injection. Co-panelists: Gregory Curfman, M.D., Executive Editor, *New England Journal of Medicine*, Stephen Morrissey, PhD Managing Editor, *New England Journal of Medicine* and Jonathan Groner, M.D. Ohio State University. Lecture: "The Pharmacology of Lethal Injection."
- March 3, 2009 – Fordham Law School Criminal Law Workshop, "Medical Care of Inmates," Invited scholar by Professor Deborah Denno and Arthur A. McGivney, Professor of Law.
- October 25th, 2011: Fordham Law School: Neuroscience and the Law. Ethanol Intoxication, Withdrawal and Tolerance and the Legal Limit
- November 1, 2011 American Public Health Association: Moderator: The FDA and Public Health: Improving Scientific Integrity, Safety, and Quality of Medical Products
- November 2-5, 2011 Children's Hospital of Philadelphia: Pediatric Emergency Medicine in Historic Philadelphia: Pediatric Toxicology
- November 27, 2012 Fordham Law School: Law and Neuroscience Speakers Series 2012. "From the Bellevue Hospital Emergency Department; The Science of Intoxication, Tolerance and Withdrawal".
- February 28-March 2, 2015 Austin, Texas: Annual Scientific Assembly American Academy of Emergency Medicine: "From The Emergency Department to Death Row".
- March 19-20, 2015.Boston, MA: 8th Academic and Health Policy Conference on Correctional Health Care: "Defeating Death from Heat in Prison: A Cool Collaboration."

## International Lectures

- October 2-25 1997 – 14th Annual Scientific Conference, L'Association des Medecins d'Urgence du Quebec, Quebec City, Quebec. Lecturer. "Street Drug Intoxications," "Cocaine Toxicity," and "Clinical Cases in Toxicology."
- May 22 to 25, 2002 – European Association of Poisons Centres and Clinical Toxicologists XXII International Congress, Lisbon, Portugal. "Toxicologic Effects on Thermoregulation."
- November 18 to 20, 2004 – NYU Department of Emergency Medicine and the Department of Emergency Medicine, Tirgu Mures, Romania. Pediatric Emergency Medicine Course: "Pediatric Toxicology and Pediatric Thermoregulation."
- February 10 to 11, 2007 – Rajavithi Hospital, Bangkok, Thailand. Advanced Training in Emergency Medicine. "The Management of Trauma."
- June 21, 2011: San Miguel de Allende, Mexico: The Symposium on Resuscitation. Sociedad Mexicana de Medicine de Emergencia; / International Federation of Emergency Medicine: "Lipid Emulsion Infusion in Acute Overdose"
-

## TEACHING AWARDS RECEIVED

2002-2003– Clinical Attending Physician of the Year, NYU - Bellevue Emergency Medicine Residency Program
2005-2006 – Clinician of the Year, NYU –Bellevue Emergency Medicine Residency Program

## MAJOR RESEARCH INTERESTS

Thermoregulation: Hyperthermia and Hypothermia
          Drugs and Effects on Temperature

Prisoner Health: Access to appropriate health care in prison

# SUSI U. VASSALLO, M.D.

Conditions of confinement and temperature
Drug effects on temperature regulation in prisoners
Lethal Injection: Medical toxicology of the three drug protocol
Thiopental in lethal injection

## BIBLIOGRAPHY

### Original Reports

1.  Vassallo, SU and Delaney, KA: "Pharmacologic effects on thermoregulation: Mechanisms of drug- related heatstroke," *Clin Toxicol* 1989; 27; 4 199-224.

2.  Delaney, KA, Howland, MA, Vassallo, SU and Goldfrank LR: "Assessment of acid-base disturbances in hypothermia and their physiological consequences," *Ann Emerg Med* 1989;18;72-77.

3.  Brown J, Hoffman RS, Aaron CK, Vassallo S: Theophylline toxicity. *Ann Emerg Med* 1989;18:425-426.

4.  Vassallo, SU, Khan, A, Howland, MA: "Use of the Rumack-Matthew nomogram in cases of extended-release acetaminophen toxicity." *Ann Intern Med* 1996;125:940.

5.  Vassallo S, Delaney K, Hoffman R, Slater W, Goldfrank L: "A prospective evaluation of the electrocardiographic manifestations of hypothermia." *Acad Emerg Med* 1999;6;1121-1126.

6.  Vassallo, S, Hartstein, M, Howard, D and Stetz, J.:"Traumatic retrobulbar hemorrhage: emergency decompression by lateral canthotomy and cantholysis," *J Emerg Med* 2002;22: 251-256.

7.  Delaney, KA, Vassallo, SU, Larkin, GL, Goldfrank, LR: "Rewarming rates in urban patients with hypothermia: prediction of underlying infection," *Acad Emerg Med* 2006;13;913-921.

8.  Vassallo, SU: "Thiopental in lethal injection," *Fordham Urban Law Journal*, Vol. 35 p. 957-964, June 2008.

9.  Chen BC, Vassallo SU, Nelson LS, Hoffman: Stress Cardiomyopathy induced by Acute Cocaine Toxicity Curr Clin Pharmacol 2012;6:1-11.

10. Laskowski Landry Vassallo Hoffman: Ice water submersion for rapid cooling in severe drug-induced hyperthermia. Clinical Toxicology 53; 181-185, 2015.

### Reviews, Books, and Book Chapters

1.  Delaney, KA, Vassallo SU, Goldfrank LR. "Hypothermia and Hyperthermia," In Goldfrank LR, Flomenbaum NE, Lewin NA, et. al. (eds.) *Goldfrank's Toxicologic Emergencies, Fourth Edition*, Appleton-Lange-Crofts, Norwalk, CT 1990.

2.  Vassallo SU, "Cocaine " in Tintinalli, Krome and Ruiz, (eds.) " *Emergency Medicine: A Comprehensive Study Guide, Third Edition*, McGraw-Hill, 1992.

3.  Delaney, KA, Vassallo, SU, Goldfrank LR, "Thermoregulatory Principles," In Goldfrank LR, Flomenbaum NE, Lewin NA, et. al. (eds.) *Goldfrank's Toxicologic Emergencies, Fifth Edition*, Appleton-Lange, Crofts, 1994.

4.  Bruno, R and Vassallo, S., "Sedative Hypnotics," *Emergency Toxicology*, 2nd edition, Editor Vicellio, P. Lippincott-Raven, 1998.

5.  Vassallo, S and Delaney, K, "Thermoregulatory Principles," In Goldfrank LR, Flomenbaum NE, Lewin NA, et. al. (eds.) *Toxicologic Emergencies, 6th edition*, Appleton-Lange, Crofts, 1998.

6. Vassallo, S., "Essential Oil Toxicity," *Clinical Toxicology,* Ford, M., Delaney KD, Ling LJ, Erikson, T.(eds.) Saunders, WB, 2001.

7. Vassallo, S: "Sports Toxicology" and "Thermoregulatory Principles," ," In Goldfrank LR, Flomenbaum NE, Lewin NA, et. al. (eds.) *Goldfrank's Toxicologic Emergencies, 7th edition,* Appleton-Lange, Crofts, 2002.

8. Vassallo, S and Delaney, KA, "Thermoregulatory Principles," ," In Goldfrank LR, Flomenbaum NE, Lewin NA, et. al. (eds.) *Goldfrank's Toxicologic Emergencies, 8th Edition* McGraw-Hill, 2006.

9. Vassallo, S, "Athletic Performance Enhancers," ," In Goldfrank LR, Flomenbaum NE, Lewin NA, et. al. (eds.) *Goldfrank's Toxicologic Emergencies, 8th edition,* LR, McGraw-Hill, 2006.

10. Vassallo, S: Chapter 7: Environmental Emergencies. In Naderi, S., Park R (eds.) *Intensive Review for the Emergency Medicine Written Boards.* McGraw-Hill, 2009

## Educationally Relevant Publications

1. Vassallo, S., "Treatment of Methanol Intoxication." Hospital Pharmacy Hotline, Vol. 1 No 10, 1988.

2. Vassallo S., "Hypothermia," Audio Digest, Volume 7, Number 5, March 1, 1990.

3. Vassallo, S., "Clinical Challenges in Emergency Medicine: Nausea, Vomiting, Vertigo and Drug Overdose," Continuing Education Material Sponsored by Albert Einstein College of Medicine and Montefiore Medical Center. December 2001.

## Abstracts

1988 AAPCC/AACT/ABMT/CAPCC Annual Meeting, Baltimore, Maryland.
- Service dichromate poisoning: Survival after hemodialysis. Vassallo, SU and Howland, MA.

1998 American Association of Poison Control Centers Meeting.
- Passion and Poison in the World's Great Opera. Platform presentation September 1998, Orlando FL.

## CIVIL RIGHTS

**2010-2012 Department of Homeland Security – Nongovernmental Organization** Medical Advisory Group: Policy and procedures development for the ICE Health Service Corps (IHSC) for delivery of health care to individuals in US Immigration and Customs Enforcement (ICE) or U.S. Customs and Borders Protection (CBP) custody.

## Prisoner and Health Care

Volunteer Medical Expert in the following Class Action Litigation Cases:

Russell et al vs. Mississippi Civil No. 1:02CV261 D D Feb 14, 2003 in the United States District Court for the Northern District of Mississippi, Eastern Division, in the case of the Death Row Class Action Lawsuit: Willie Russell, et al., v. Robert Johnson, et al, 1:02CV261-D-D.
- Expert in this case on behalf of the ACLU's Margaret Winter, Associate Director of the ACLU National Prison Project. Written declaration and testimony in Federal Court, Oxford Mississippi.

*continued...*

# SUSI VASSALLO, M.D., FACEP, FACMT

National Prison Project of the ACLU; Rendered an opinion for David Fathi, National Prison Project, concerning the risks of heat related illness for prisoners at the Wisconsin Secure Program Facility (WSPF) in Boscobel, Wisconsin. Jonmes'Elv. Berge, F.3d 2004 WL 1475494 (7th Cr., July 2, 2004).
  ▪ Expert in prison heat conditions on behalf of the plaintiffs. Written report.

National Prison Project Medical Expert with Associate Director Margaret Winter: continuing Monitoring of Consent Decree Mississippi State Penitentiary Parchman, MS, Unit 32 September 17, -18, 2008.
  ▪ Currently serve as Medical Expert in evaluating prisoner health and medical care. Revisit to Parchman Fall 2008

## Conditions of Confinement

Rikers Island Jails and Heat Conditions: Consultant's Report August 14, 2004: James Benjamin, et al. v. Martin F. Horn, et al. Case reference: 75 Civ. 3073 (HB).

   Multiple written reports and Testimony in Federal Court of Judge H. Baer on May 20, 2014
  ▪ Expert consultant by consent of both the defense NYC Department of Corrections and plaintiffs. Written reports.
  ▪ 2004-Current : Heat Expert for Compliance with Heat Order

Clarence Leonard Hearns, Jr. v. Cal Terhune, et.al., Case NO. CV-99-01461-JM. Calipatria State Prison, State of California Exercise Yard conditions and Environmental Heat Risk expert on behalf of the plaintiff.
  ▪ Expert in prison heat conditions on behalf of the plaintiffs. Written report. Deposition testimony

Texas Civil Rights Project: Class Action Civil Suit Concerning Heat Conditions and Conditions of Confinement 2012-Current Written Report and Deposition Testimony March 2014 Stephen McCollum et al v. Brad Livingston Civil Action NO. 312-CV-020307

   Capitol Advocacy Project of Louisiana 2012-Current: Ball versus LeBlanc CV:No.13-368 Louisiana State Penitentiary at Angola, Prison Conditions Written Expert Report, Deposition testimony and Testimony in court August 2013.

## Lethal Injection Litigation

Johnston vs. Crawford No. 4:04-CV-1075 CAS United States District Court Eastern District of Missouri Eastern Division
  ▪ 2005 Served as Medical expert consultant for the Plaintiff in litigation regarding the lethal injection protocol

Clemons v. Crawford No. 4-06-CV-00866 JCH United States District Court Eastern District of Missouri Eastern Division.
  ▪ 2006 Served as Medical expert consultant for the Plaintiff in litigation regarding the lethal injection protocol

▪ **Medical Expert**
▪
▪ Busch, et al. v. City of New York, et al., 00CV5211 (E.D.N.Y. 2003) Medical Toxicology expert on behalf of

# SUSI VASSALLO, M.D.

REFERENCES, Page 11

the defense. Testimony at trial.

- Bill R. Dinwiddie et al., v. St. Mary's Hospital of Blue Springs, Inc. et al. Case No.: 01CV222026
- Medical Toxicology expert on behalf of the plaintiff. Deposition testimony.

- Supreme Court of the State of New York, County of New York, 122405 / 2001 Trial Term Part 61, Judge Eileen Bransten: Gregory Raynor v. St. Vincent's Hospital and Medical Center, et al. March 5, 2007. Medical Toxicology expert on behalf of the defense. Testimony at trial.

- Adam Ingles, Plaintiff, vs. Elmer Toro, et al, 01-CIV.8279 (DC) United States Southern District of NY. On behalf of the defense. Written report and deposition testimony.

- Flores v. NYC et al. 06 cv 3219(GBD) Emergency medicine expert for the defense. Written report.

- Deleon, Vincent v. Bo Robinson, et al., MID-L-6482-06. Emergency medicine and Medical Toxicology expert on behalf of the defense.

- United States District Court Eastern District of New York Harwinder Vilkhu, Plaintiff, vs The City of New York et al, 06Civ.2095. Emergency medicine expert on behalf of the defense.

- Cacic v. Incorporated Village of Lindenhurst, et al Supreme Court of the State of New York County of Suffolk; Index No. 4622/05 Toxicology expert for the defense.

- Van Orden v. McKasty No. 28490/05. Emergency Medicine and Medical Toxicology expert for the defense.

- Yanga J. Williams, et al. v. Taser International, Inc., et al: United States District Court, Northern District of Georgia, Civil Action file No. 1-06-CV-0051-RWS. Emergency Medicine Expert on behalf of the plaintiff. Deposition testimony.

- Sia Lo vs. Fairview Health Services, regents of the University of Minnesota and University of Minnesota Physicians, State of Minnesota Fourth Judicial District Ct file Number 27-CV-25134. Expert for the plaintiff.

- Harwinder Vilku v. City of New York, et al., CV-06-2095. Expert for the defense. September 2008

- Ingram vs. Rednour 10-cv-933-GPM-CJP. Deposition Testimony for the plaintiff

## Media

**The Brian Lehrer Show WNYC July 22, 2014 http://www.wnyc.org/story/its-getting-hot-here-what-heat-does-you/**

NPR http://www.npr.org/2014/07/24/334049647/do-heat-sensitive-inmates-have-a-right-to-air-conditioning

# SUSI VASSALLO, M.D., FACEP, FACMT

REFERENCES, Page 1

NPR: January 24, 2013 Bellevue Hospital's Slow Comeback After Superstorm Sandy.
www.wnyc.org/npr.../bellevue-hospitals-slow-comeback-after-superst.

WNYC News Monday May 9, 2011: Proposed ER at St. Vincent's Part of Larger Health Care Debate
http://www.wnyc.org/articles/wnyc-news/2011/may/09/emergency-room-focal-point-larger-health-care-debate/

MSNBC September 22, 2011 Scores got sick, one died trying to kill bedbugs. Mike Stobbe

New York Times: 19 Have Died from Heat this Summer, City Says. Andy Newman September 1, 2011
Leonard Lopate Show: 93.9 FM, WNYC August 6, 2010. Please explain: Heat Stroke
http://beta.wnyc.org/shows/lopate/2010/aug/06/please-explain-heat-stroke/
http://www.wnyc.org/people/susi-vassallo/

Joan Hamburg show July 6, 2010 WOR 710 radio NY Hour 2: Medications and heat.
http://www.wor710.com/WOR---The-Joan-Hamburg-Show/39827

National Public Radio; Interview on the risks of hypothermia and the landing on the Hudson River by Captain
Chesley Sullenberger. Jan 16, 2009

NY Daily News: Icy river next horror after US Airways Flight 1549 crash by Nancy Dillon. Jan. 16, 2009

Crain's Health Pulse: US Airways Jet Lands in Hudson River by Crainsnewyork.com January 15, 2009

Today Show: Toxicology consultant on the Heath Ledger's death due to drug toxicity

Sirius /XM Satellite Radio: Radio Doctor: Pediatric Emergencies / Pediatric Poisoning

New York Times: 8 Aboard Rescued in Another East River Chopper Crash. By Santora and Jess Wisloski. June
18, 2005

Trauma: Life and Death in the ER. Lifetime Television

MSNBC: September 13, 2001. Coverage of 9/11 from Ground Zero, NYC

New York 1 television interviews: Toxicology and Emergency Medicine

New York Times: Patients whose final wishes go unsaid put doctors in a bind. N.R. Kleinfield July 19, 2003

New York Times: Who's Got Job Stress? November 14, 1999


Books / Magazine Articles:  Consultant / Contributor

Men's Health: How to get out of the Hospital Alive. by Ted Spiker.

AARP magazine: Emergency medicine. by Ted Spiker

The Doctors Book of Home Remedies for Women: Heat Exhaustion. By Prevention Magazine Editors

# SUSI VASSALLO, M.D.
### REFERENCES, Page 11

Ice: The nature, the history, and the uses of an astonishing substance. By Mariana Gosnell

Burned Alive: A Shocking True Story of Betrayal, Kidnapping and Murder by Kieran Crowley

Emergency! True Stories from the Nation's ERs